150 So. 508

### Clyde DIXON et al. v. STATE.

#### 4 Div. 728.

Supreme Court of Alabama.

Sept. 28, 1933.

Rehearing Denied Nov. 9, 1933.

Mulkey & Mulkey and E. C. Boswell, all of Geneva, for petitioners.

Thos. E. Knight, Jr., Atty. Gen., opposed.

THOMAS, Justice.

Petition of Clyde Dixon and Harold Dixon for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Dixon et al. v. State, 25 Ala. App. 502, 150 So. 506.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.